IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02962-RPM

JOHN PETERS,

    Plaintiff,

v.

TIME INSURANCE COMPANY, d/b/a ASSURANT HEALTH,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **February 16, 2011, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 10, 2011.**

    The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

    Dated:   December 27th , 2010

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____

                                           Richard P. Matsch, Senior District Judge