IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02962-RPM

JOHN PETERS,

    Plaintiff,

v.

TIME INSURANCE COMPANY, d/b/a ASSURANT HEALTH,

    Defendant.

___

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [24] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated:   December 16th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge